UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD AGUIRRE, | No. C 09-763 MHP (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| DR. J. ADAMO; et al., | |
| Defendants. | |

Plaintiff's request for leave to serve additional interrogatories on defendants Adamo and Munk is DENIED. (Docket # 46.) Plaintiff did not provide a particularized showing of the additional interrogatories he sought to propound or why he needed to propound them. See Fed. R. Civ. P. 26, 33; N.D. Cal. Local Rule 33-3 (motion for leave to propound additional interrogatories "must be accompanied by a memorandum which sets forth each proposed additional interrogatory and explains in detail why it is necessary to propound the additional questions.")

The deadlines for defendants' summary judgment motion remain in place. By the time the deadline arrives, plaintiff will have had more than three months to prepare his opposition. He should be preparing his opposition regardless of whether he is able to obtain further discovery responses. Indeed, because defendants' motion for summary judgment raises a qualified immunity defense, it is quite possible that defendants will request a stay of

discovery. Typically defendants are entitled to a stay of discovery upon request when they have raised a qualified immunity defense. See <u>Crawford-El v. Britton</u>, 523 U.S. 574, 598 (1998).

IT IS SO ORDERED.

Dated: December 2, 2010

_____
Marilyn Hall Patel
United States District Judge

**United States District Court**
For the Northern District of California